CHARLES W. DEYO, *Respondent, v.* JOSIAH LEFEVER, *Appellant.*— Order affirmed, unless defendant, within twenty days after notice of decision serve amended answer, which they have leave to do, with ten dollars costs and printing disbursements in each case. Mem. by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE BOARD OF SUPERVISORS OF CHENANGO COUNTY, *Appellants, v.* THE BOARD OF STATE ASSESSORS, *Respondents.*— Order affirmed, with ten dollars costs and printing disbursements.

MATTHEW HALE and ALPHEUS T. BULKLEY, *Respondents, v.* JOHN SWINBURNE, *Appellant.* — Order reversed and motion denied, without costs. Memorandum by BOARDMAN, J.

CHARLES B. KING, *Respondent, v.* PATRICK J. FLYNN and others, *Appellants.* — Order modified in accordance with opinion. Memorandum by BOCKES, J.

MARSHALL ROBINSON, *Respondent, v.* ENOCH H. BISHOP and others, *Appellants.*— Order affirmed, with ten dollars costs and printing disbursements.

FREDERICK R. FARWELL and others, *Respondents, v.* WILLIAM E. FARNESS, *Appellant.*— Order reversed, with ten dollars costs and printing disbursements, and motion granted, with ten dollars costs. Memorandum by BOCKES, J.

WILLIAM E. DAVENPORT and HENRY LYNCH, *Respondents, v.* JACOB C. HASBROUCK. *Appellant.*— Order reversed, and order granted that the cause be heard by County Court on the return, with ten dollars costs and printing disbursements. Memorandum by BOCKES, J.

CALVIN H. BELL, *Appellant, v.* JOHN B. GLEASON, *Respondent.*— Order correcting judgment affirmed, with ten dollars costs and printing disbursements.

IN THE MATTER OF THE KINGSTON WATER-WORKS COMPANY TO ACQUIRE LANDS OF VAN ETTEN AND OTHERS.—Order correcting judgment affirmed, with ten dollars costs and printing disbursements.

DAVID H. FLACK and others, *Appellants, v.* THE VILLAGE OF GREEN ISLAND, *Respondent.*— Orders affirmed, with ten dollars costs in each case and printing disbursements. LEARNED, P. J., not acting.

MATTIE A. PRINDLE, *Respondent, v.* LYMAN DE B. PRINDLE, *Appellant.*— Order reversed and motion granted, without costs. Mem. by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent. v.* CHARLES MAYHON, *Appellant.*— Judgment and conviction affirmed.

ELIZABETH S. CHIPMAN, *Appellant, v.* VILLAGE OF SARATOGA SPRINGS, *Respondent.*— Order affirmed, with ten dollars costs and printing disbursements. BOCKES J., not acting.